Kelly H. Rankin
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 08 2011

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Criminal No. 03-CR-69** |
| ) | |
| **DEAN IRVINE MOORE,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE REGARDING EXHIBITS

COMES NOW, the United States, by and through its attorney, Kelly H. Rankin, Assistant United States Attorney for the District of Wyoming, and notifies the court that it has no objection to the destruction of the exhibits in this case.

DATED this 8th day of February, 2011.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
Kelly H. Rankin, Criminal Chief
Assistant United States Attorney