## UNITED STATES PROBATION OFFICE

## DISTRICT OF WYOMING

### NOTICE OF DISCHARGE

NAME:            Dean Irvine Moore

DOCKET NO.       03-CR069-01B

DATE OF SENTENCE:            August 12, 2003

DATE SENTENCE EXPIRATION:    December 4, 2014

In as much as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above expiration date.

December 4, 2014
Date

Karen Bila
U.S. Probation Officer